

Jerome Davis <bonedavis66@gmail.com>

---

## New Hire Orientation - Texas Pride Trailers 01/18/2021
1 message

---

**Nicole Jolin** <nicole.jolin@texaspridetrailers.com>  Fri, Jan 15, 2021 at 1:55 PM
To: "davidjr3003.dpj@gmail.com" <davidjr3003.dpj@gmail.com>, "bonedavis66@gmail.com" <bonedavis66@gmail.com>

Good Afternoon Gentlemen,

Texas Pride Trailers is pleased to extend an offer to you for the position of Wire Technician starting **Monday, January 18, 2021 at 8am sharp at Gate 5.** We believe you will be an excellent addition to our team and are very much looking forward to having you on board.

David your normal operations will be from 3am - 3pm.

Jerome your normal operations will be from 4am - 4pm due to the distance you will be driving from.

The first part of your day will consist of a New Hire Orientation, a Safety Orientation, and a Forklift Certification Class.

Please make sure you bring two forms of identification. I have attached a list of acceptable documents that you may bring. Please see the attached.

After 90 day there will be a performance review and evaluation.

Benefits after 30 days – Medical, Dental, 401K

Vacation Pay after 90 days. We take four weeks off a year;

4th of July week
1 week for Thanksgiving
2 weeks off at Christmas.

Those weeks are paid a set rate of $700 each week.

We have constant work. We have not shut down despite this whole pandemic situation. I will not sugar coat anything for you. I believe in our company and I believe in the growth that we are experiencing right now. It is hard work, and you will be tired, but if you want it and want to succeed the money is here for the taking. We are a mom-and-pop shop that has just blew up, so there is plenty of work and plenty of opportunity.

Steel Toes Boots are MANDATORY.

Thank you and we will see you then. If anything changes in your status and you are not able to start on 01/18/2021, please let me know ASAP.

*Nicole L Jolin*

Human Resource Manager
W: 936-307-0758 F: 866.462.4047

E: nicole.jolin@texaspridetrailers.com

### *Texas Pride Trailers*

Texas Made. Texas Tough. TEXAS PRIDE!™

1241 Interstate 45 North, Madisonville, TX 77864

M-F: 8am-5pm, Sat: 8am-Noon, Sun: Closed (Saturdays by Appt Only)

---

📄 **Lists of Acceptable Documents.pdf**
74K